UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE R. BUSH, | No. 2:23-cv-1179 KJN P |
| Petitioner, | |
| v. | ORDER |
| TRACEY JOHNSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner also filed motions requesting the appointment of counsel and an evidentiary hearing. (ECF Nos. 3-4)

The application attacks a conviction issued by the Los Angeles County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis or his pending motions; and

2. This matter is transferred to the United States District Court for the Central District of California.

Dated:  June 26, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bush1179.108